1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7   COLETTE JOHNSON,                          )
                                             )        Case No. 2:12-cv-01438-MMD-PAL
8                          Plaintiff,         )
                                             )        <u>**ORDER**</u>
9   vs.                                       )
                                             )
10  MICHAEL J. ASTRUE, COMMISSIONER OF        )
    SOCIAL SECURITY,                          )
11                                            )
                                             )
12                         Defendants.        )
    _____ )
13

14          This matter is before the court on the court's review of the docket in this case.  Attorney Marc

15  Kalagian has appeared on behalf of Plaintiff Colette Johnson.  Mr. Kalagian is a licensed Nevada

16  lawyer, but he does not maintain an office in Nevada.  Local Rule IA 10-1(b) provides that a licensed

17  Nevada attorney without offices in Nevada, "shall either associate a licensed Nevada attorney

18  maintaining an office in Nevada or designate a licensed Nevada attorney maintaining an office in

19  Nevada, upon whom all papers, process, or pleadings required to be served upon the attorney may be so

20  served."  *Id.*  Mr. Kalagian has not associated with or designated local counsel in this compliance with

21  the Local Rules.

22          Having reviewed and considered the matter,

23          **IT IS ORDERED** that;

24          1.      Plaintiff's counsel, Mr. Marc Kalagian, shall have until **October 24, 2012,** to comply

25                  with the requirements of Local Rule IA 10-1(b).

26  ///

27  ///

28  ///

2.      Failure to timely comply will result in an order to show cause why he should not be

suspended or disbarred from practicing before this court.

Dated this 24th day of September, 2012.


_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDG7E