UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| COLETTE JOHNSON,<br><br>                        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>                        Defendant. | Case No. 2:12-cv-01438-APG-PAL<br><br>**Order Accepting Findings and Recommendation and Dismissing Case**<br><br>(Dkt. ## 25, 29, 33) |

On June 26, 2014, Magistrate Judge Leen entered her Report of Findings and Recommendation [Dkt. #33] recommending that Plaintiff's Motion for Remand and/or Reversal [Dkt. #25] be denied and that Defendant's Cross-Motion to Affirm [Dkt. #29] be granted. Plaintiff objected to the Report. [Dkt. #34.] I have conducted a *de novo* review of the issues set forth in the motion, cross-motion, Findings and Recommendation and objection, pursuant to Local Rule IB 3-2. Magistrate Judge Leen's Findings and Recommendation set forth the proper legal analysis, and the factual bases, for the decision. Therefore,

IT IS HEREBY ORDERED that Magistrate Judge Leen's Report of Findings and Recommendation is accepted, Plaintiff's Motion for Reversal or Remand [Dkt. #25] is DENIED, Defendant's Cross-Motion to Affirm [Dkt. #29] is GRANTED, the Administrative Law Judge's decision is affirmed, and this case is DISMISSED. The clerk of the court shall enter Judgment accordingly.

Dated: January 26, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE